IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. LYDIA BRIDGES, | ) | |
| | ) | |
| Plaintiff, | ) | CIV-15-616-R |
| v. | ) | |
| | ) | |
| 1. MIDWEST GERIATRIC MANAGEMENT LLC, a/k/a MGM HEALTHCARE d/b/a SOUTH POINTE REHABILITATION & CARE CENTER, et al., | ) ) ) ) ) ) ) | |
| | ) | ATTORNEY LIEN CLAIMED |
| Defendants. | ) | JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Lydia Bridges, hereby stipulates with the Defendant, Midwest Geriatric Management LLC, a/k/a MGM Healthcare d/b/a South Pointe Rehabilitation & Care Center and South Park Health Care, LLC, d/b/a South Pointe Rehabilitation and Care Center, that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 8th DAY OF APRIL, 2016.**

s/ Shannon C. Haupt
Jana B. Leonard, OBA #17844
Shannon C. Haupt, OBA #18922
Lauren W. Johnston, OBA #22341
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139

Telephone:    405-239-3800
Facsimile:    405-239-3801
leonardjb@leonardlaw.net
haupts@leonardlaw.net
johnstonlw@leonardlaw.net
*Counsel for Plaintiff*


 s/Linda G. Scoggins
(Signed with permission)
Linda G. Scoggins, OBA #8013
Nick E. Slaymaker, OBA #14320
DOERNER, SAUNDERS, DANIEL
    & ANDERSON, L.L.P.
105 N. Hudson Ave., Suite 500
Oklahoma City, Oklahoma 73102
Tele: (405) 319-3500
Fax: (405) 319-3509
lscoggins@dsda.com
nslaymaker@dsda.com
*Counsel for Defendants*